NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3313

COTTY P. O'LEARY,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Cotty P. O'Leary, of Metairie, Louisiana, argued, pro se.

Maame A.F. Ewusi-Mensah, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With her on the brief were Jeanne E. Davidson, Director; and Deborah A. Bynum, Assistant Director.  Of counsel on the brief was Joyce B. Harris-Tounkara, Office of General Counsel, Office of Personnel Management, of Washington, DC.

Appealed from:  Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3313

COTTY P. O'LEARY,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the        Merit Systems Protection Board

in CASE NO(S).        AT300A980635-M-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    Per Curiam (LOURIE, BRYSON, and PROST, <u>Circuit Judges</u>.

        AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

        ENTERED BY ORDER OF THE COURT

DATED <u>July 9, 2008</u>        /s/ Jan Horbaly
        Jan Horbaly, Clerk